UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MELINDA ATKINS,

        Plaintiff,

v.                                              Case No:  6:12-cv-475-Orl-36KRS

METROPOLITAN LIFE INSURANCE
COMPANY,

        Defendant.
_____/

**ORDER**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Karla R. Spaulding on March 28, 2013 (Doc. 43).  In the Report and Recommendation, Judge Spaulding recommends that the Court grant Defendant Metropolitan Life Insurance Company's ("MetLife") Motion for Interpleader and for Dismissal from this Action with Prejudice (Doc. 33).  Doc. 43, p. 9.  No party has objected to the Report and Recommendation and the time to do so has expired.

At the time of his death, Decedent Gary T. Atkins was a participant in the AT&T Corp. Postretirement Welfare Benefits Plan, and was enrolled for life insurance coverage in the amount of $52,000 ("Plan Benefits").  Doc. 11, p. 6; Doc. 43, p. 3.  The Court agrees with the Magistrate Judge that MetLife is a disinterested stakeholder and is entitled to be dismissed from this case. *Id.* at 7; *see Ohio Nat'l Life Assurance Corp. v. Langkau ex rel. Estate of Langkau*, 353 F. App'x 244, 248 (11th Cir. 2009).  Also, the Court agrees that MetLife is entitled to the injunction it seeks, restraining Plaintiff and Angela Patterson and Jason Rosso ("Counterclaim Defendants") from instituting any action or proceeding in any state of the United States against MetLife, the

AT&T Corp. Postretirement Welfare Benefits Plan, or AT&T for recovery of the Plan Benefits at issue in this action.[1] *See* Doc. 33, p. 7; *see* 28 U.S.C. § 2362.

Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 43) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Defendant Metropolitan Life Insurance Company's Motion for Interpleader and for Dismissal from this Action with Prejudice (Doc. 33) is **GRANTED.**

3. Defendant Metropolitan Life Insurance Company IS **DISMISSED with prejudice** from this action.

4. Melinda Atkins, Angela Patterson, and Jason Rosso are **enjoined** from instituting any action or proceeding in any state or United States court against MetLife, the AT&T Corp. Postretirement Welfare Benefits Plan, or AT&T for the recovery of the Plan Benefits, plus any applicable interest.

5. Plaintiff is directed to file an amended complaint within **fourteen (14) days** from the date of this Order naming Counterclaim Defendants Patterson and Rosso as Defendants in the place of Defendant Metropolitan Life Insurance Company.

**DONE** and **ORDERED** in Orlando, Florida on May 6, 2013.

Charlene Edwards Honeywell
United States District Judge

---

[1] The Counterclaim Defendants do not oppose the injunction, and the Court agrees that it appears narrowly tailored to preclude only the litigation regarding Plan Benefits at issue in this action. Doc. 43, p. 8.

2

**Copies furnished to:**
Counsel of Record
Unrepresented Parties
U.S. Magistrate Judge Karla R. Spaulding